# Redacted PDF Per Order