IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| ROBERTO MEDINA | ) Case No. 16 B 33346 |
| | ) Hon. TIMOTHY A. BARNES |
| | ) Chapter 7 |
| Debtor | ) |

**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on August 10, 2017 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Martin Y. Joseph, attorney for debtor
MartinYJoseph@aol.com

Roberto Medina
2656 S. Kildare
Chicago, IL 60623

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Charles M. Koutsogiane, AVP Citizens Bank
One Citizens Dr., Managed Assets, ROP30B
Riverside, RI 02915

    /s/ Allan J. DeMars
    Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603