# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   ROBERTO MEDINA   §   Case No.   16-33346
§   Hon. TIMOTHY A. BARNES
§   Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $401,600.00 | Assets Exempt: | $5,700.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,771.38 | Claims Discharged Without Payment: | $137,867.09 |
| Total Expenses of Administration: | $3,428.62 | | |

3) Total gross receipts of $8,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,200.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $76,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,428.62 | $3,428.62 | $3,428.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $62,632.00 | $33,507.47 | $33,507.47 | $4,771.38 |
| **TOTAL DISBURSEMENTS** | $139,132.00 | $36,936.09 | $8,200.00 | $8,200.00 |

4) This case was originally filed under chapter  7  on 10/19/2016 .
The case was pending for      12   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2017                           By: /s/ ALLAN J. DeMARS
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| receivable | 1121-000 | $8,200.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$8,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 SCHEDULED WITH NO CLAIM FILED | | $76,500.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$76,500.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $50.52 | $50.52 | $50.52 |
| Allan J. DeMars | 2100-000 | N/A | $1,570.00 | $1,570.00 | $1,570.00 |
| Allan J. DeMars | 2200-000 | N/A | $3.10 | $3.10 | $3.10 |
| Allan J. DeMars | 3110-000 | N/A | $1,805.00 | $1,805.00 | $1,805.00 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,428.62 | $3,428.62 | $3,428.62 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citizens Bank | 7100-000 | $30,001.00 | $33,507.47 | $33,507.47 | $4,771.38 |
| | Chase Card | 7100-900 | $14,631.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $44,632.00 | $33,507.47 | $33,507.47 | $4,771.38 |

UST Form 101-7-TDR (10/1/2010)

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.** 16-33346   **Trustee Name:** Allan J. DeMars

**Case Name:** ROBERTO MEDINA   **Date Filed (f) or Converted (c):** 10/19/16(F)

**For Period Ending:** 3/31/18   **§341(a) Meeting Date:** 12/20/16

   **Claims Bar Date:** 3/23/17; GOVT 4/17/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§ 554(a) abandon** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref #** | | | | | | |
| 1 | real estate at 5841 S. Ogden, Cicero (u) | 205,000.00 | 0.00 | OA 2/1/17 | | FA |
| 2 | 1997 Dodge Dakota | 1,300.00 | 0.00 | | | FA |
| 3 | 1988 Mercedes 300SE | 800.00 | 0.00 | | | FA |
| 4 | 1978 Ford F100 | 1,500.00 | 0.00 | | | FA |
| 5 | fishing boat | 500.00 | 0.00 | | | FA |
| 6 | household furnishings | 400.00 | 0.00 | | | FA |
| 7 | electronics | 400.00 | 0.00 | | | FA |
| 8 | clothes | 400.00 | 0.00 | | | FA |
| 9 | cash | 1,000.00 | 0.00 | | | FA |
| 10 | US Bank checking acct | 200.00 | 0.00 | | | FA |
| 11 | Met Life ins. policy | 3,000.00 | 0.00 | | | FA |
| 12 | claim v. Jo Capital Investments (Ocampo) | 201,000.00 | 50,000.00 | | 8,200.00 | FA |

TOTALS (Excluding unknown values)   50,000.00   8,200.00

(Total Dollar Amount in Column 6)

**EXHIBIT "9" – FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 16-33346　　　　　　　　　　　　　　　　　　　　Trustee's Name: Allan J. DeMars
Case Name: ROBERTO MEDINA　　　　　　　　　　　　　　　Bank Name: Associated Bank
Taxpayer ID#: xx-xxx5386　　　　　　　　　　　　　　　　　Initial CD #: CDI
For Period Ending: 3/31/18　　　　　　　　　　　　　　　　Blanket bond (per case limit): 5,000,000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Separate bond (if applicable): _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking acct#: xxxxxx7658

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement | Checking Acct Balance |
| 2/3/17 | Ref 12 | Chiquis Car Care/Ocampo | installment payment/receivable | 1121-000 | 1,500.00 | | 1,500.00 |
| 2/9/17 | | Associated Bank/ DeLuxe | check printing charge | 2600-000 | | 50.52 | 1,449.48 |
| 3/3/17 | Ref 12 | Chiquis Car Care/Ocampo | installment payment/receivable | 1121-000 | 1,500.00 | | 2,949.48 |
| 4/4/17 | Ref 12 | Chiquis Car Care/Ocampo | installment payment/receivable | 1121-000 | 2,500.00 | | 5,449.48 |
| 6/9/17 | Ref 12 | Chiquis Car Care/Ocampo | installment payment/receivable | 1121-000 | 1,500.00 | | 6,949.48 |
| 6/15/17 | Ref 12 | Chiquis Car Care/Ocampo | installment payment/receivable | 1121-000 | 600.00 | | 7,549.48 |
| 6/22/17 | Ref 12 | Chiquis Car Care/Ocampo | installment payment/receivable | 1121-000 | 600.00 | | 8,149.48 |
| 9/13/17 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,570.00 | 6,579.48 |
| 9/13/17 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 3.10 | 6,576.38 |
| 9/13/17 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,805.00 | 4,771.38 |
| 9/13/17 | Check 1004 | Citizens Bank | 726(a)(2);14.23975% | 7100-000 | | 4,771.38 | 0.00 |

```
                        COLUMN TOTALS            8,200.00        8,200.00            0.00
                Less: Bank transfers/CD
                Subtotal
                Less: Payments to debtor(s)
                Net                              8,200.00        8,200.00            0.00

                                                                    NET
    TOTAL - ALL ACCOUNTS                 NET  DEPOSITS        DISBURSEMENTS      BALANCES
    Checking# XXXXXX7658                         8,200.00        8,200.00            0.00
    Money Market #
    Savings #
    CD #CDI
    Net                                          8,200.00        8,200.00            0.00
                                          Excludes account   Excludes payments   Total Funds
                                              transfers          to debtor         on Hand
```